UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
Aug 27 2008
AUG 2 7 2008  mβ

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Mr. Jeffery Starks

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

County of Cook d/b/a Cermak Health Services and certain currently unidentified Cermak Health Services Physicians in their individual and official capacities.

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

08CV4901
JUDGE DOW
MAG.JUDGE ASHMAN

Case No: ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:

✓ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

____ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

   A. Name: Mr. Jeffery Starks

   B. List all aliases: _____

   C. Prisoner identification number: #20070005753

   D. Place of present confinement: Cook County Department of Corrections

   E. Address: P.O. Box 089002 Division 10 4C, Chicago IL 60608

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Cook County Department of Corrections Director of Operations

   Title: Director of Operations

   Place of Employment: Cook County Department of Corrections

   B. Defendant: Mr. David Fagus

   Title: Director of Medical Department / Cermak Clinic

   Place of Employment: Cook County Department of Corrections

   C. Defendant: Et al...

   Title: Et al...

   Place of Employment: Et al...

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _DNA_

B. Approximate date of filing lawsuit: _DNA_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _DNA_

D. List all defendants: _DNA_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _DNA_

F. Name of judge to whom case was assigned: _DNA_

G. Basic claim made: _DNA_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _DNA_

I. Approximate date of disposition: _DNA_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

The composition of this claim is in earnest concern to the lack of proper medical treatment here at the county of Cook Department of Corrections due to the blatant disregard of my medical condition that I've been dealing with since January 22, 2007. Before my incarceration I was shot numeral of times with a handgun in my left leg and behind area. I was given a clostomy bag and was scheduled for surgery January 24, 2007 couple of days after my incarceration I've informed the medical staff at the Jail of my condition and also about my scheduled surgery. Daily I ask to speak to a nurse because of the lack of clostomy bags that I'm supposed to recieve as needed. In addition, I've also complained to high ranking officials upon my condition but still no justice resolved and it's been 18 months now. I now believe that my colon is infected. I constenly bleed on a daily bases and I'm dealing with extreme pain.

Revised 9/2007

**V.   Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Wherefore, Jeffery Starks prays that judgement be entered against all Defendants: (a) awarding compensatory damages to Mr. Starks for the violation of his constitutional rights; (b) awarding punitive damages to Mr. Starks for the violation of his constitutional rights; and (c) awarding such other relief as the court deems proper.

**VI.**   The plaintiff demands that the case be tried by a jury.    ☐ YES    ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _J.S._ day of _July 16_, 20 _08_.

_Jeffery Starks_
(Signature of plaintiff or plaintiffs)

_JEFFERY STARKS_
(Print name)

_#200700005753_
(I.D. Number)

_Cook County Department of Corrections_
_P.O. Box 89002 Division 10, Tier 4C_
_Chicago, IL 60608..._
(Address)

6

Revised 9/2007